# Court of Appeals
# of the State of Georgia

ATLANTA,   March 07, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1086. ANTONIO DEMETRIUS YOUNG v. THE STATE.**

In 2019, a jury found Antonio Demetrius Young guilty of armed robbery, aggravated assault, and possession of a firearm during the commission of a felony. Young had also been indicted for possession of a firearm by a convicted felon, but the trial was bifurcated, with that charge to be tried separately. The charge was placed on the dead docket. Following entry of his sentence on the first three counts, Young filed a motion for new trial, which the trial court denied. Young then filed this appeal. We lack jurisdiction.

In *Seals v. State*, 311 Ga. 739, 741 (2) (860 SE2d 419) (2021), the Supreme Court determined that a criminal case in which charges have been dead-docketed is non-final for purposes of appeal. Accordingly, in order to appeal the denial of his motion for new trial, Young was required to comply with the interlocutory appeal procedure and obtain a certificate of immediate review. Id.; OCGA § 5-6-34 (b). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,   03/07/2023*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen                              *, Clerk.*